AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH A. MUELLER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 17-00571 HG-WRP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY; NOLAN ESPINDA; FREDDIE CARABBACAN, | November 15, 2021 At 10 o'clock and 00 min a.m. MICHELLE RYNNE, CLERK |
| Defendant(s). | |

[✓]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Plaintiff Elizabeth A. Mueller in accordance with the Special Verdict Form filed November 12, 2021.


November 15, 2021                                   MICHELLE RYNNE

Date                                                            Clerk

                                                        /s/ Michelle Rynne by J.O.

                                                        (By) Deputy Clerk