IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH A. MUELLER, | ) Civ. No. 17-00571 HG-WRP |
| Plaintiff, | ) |
| vs. | ) |
| STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY; FREDDIE CARABBACAN; NOLAN ESPINDA, | ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, AS MODIFIED (ECF No. 548)**

Findings and Recommendation having been filed and served on April 7, 2022, and no objections having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the Opinion and Order of this Court, with the following modification:

Page 2, Lines 19 and 20, delete "nor Defendant Carabbacan in his official capacity."

///

///

///

///

///

///

IT IS SO ORDERED.

DATED: April 22, 2022, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Elizabeth A. Mueller v. State of Hawaii Department of Public Safety; Freddie Carabbacan; Nolan Espinda, 17-cv-00571 HG-WRP, **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, AS MODIFIED (ECF No. 548)**