UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIZABETH A. MUELLER,<br><br>          Plaintiff-Appellee,<br><br> v.<br><br>STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY; et al.,<br><br>          Defendants-Appellants,<br><br> and<br><br>FRANCIS SEQUEIRA, Sued in his individual capacity and in his official capacity as Warden of the Oahu Community Correctional Center, Department of Public Safety, State of Hawaii; DOES, Defendants 1-10,<br><br>          Defendants. | No.   22-15330<br><br>D.C. No.<br>1:17-cv-00571-HG-WRP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 18) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator